**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 96-7791**

─────────────

CHRISTOPHER LYLES,

　　　　　　　　　　　　　　　　　Plaintiff - Appellant,

　　　　versus

LIEUTENANT SIGNAL; SERGEANT HUNTER; CORREC-
TIONAL OFFICER COLLINS; CORRECTIONAL OFFICER
PLYBON;　CORRECTIONAL　OFFICER　JOEY;　NURSE
ALEXANDER,

　　　　　　　　　　　　　　　　　Defendants - Appellees,

　　　　and

LYNN PHILLIPS; JAMES B. FRENCH,

　　　　　　　　　　　　　　　　　Defendants.

─────────────

Appeal from the United States District Court for the Eastern Dis-
trict of North Carolina, at Raleigh. James C. Fox, Chief District
Judge. (CA-95-538)

─────────────

Submitted:　September 11, 1997　　Decided:　September 18, 1997

─────────────

Before RUSSELL, MURNAGHAN, and HAMILTON, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

Christopher Lyles, Appellant Pro Se. William McBlief, NORTH CARO-
LINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Christopher Lyles, a North Carolina inmate, appeals the jury's verdict for the Defendants in his 42 U.S.C. § 1983 (1994) civil action. Lyles, who brought this suit alleging excessive force and inadequate medical care by the Defendants, urges overturning the jury's verdict because he asserts that the district court should have appointed counsel to represent him. We have reviewed the record and find no reversible error. There is not a constitutional right to appointed counsel in a civil case. See Whisenant v. Yuam, 739 F.2d 160, 163 (4th Cir. 1984).

Accordingly, we affirm the jury's verdict. Additionally, we deny Lyles' motion to appoint counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED